# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ __4th__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **LAZARO G. LOPEZ**    JOINT DEBTOR: _____    CASE NO.: __14-20096-LMI__
Last Four Digits of SS# XXX-XX-5509    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $ __115.16__ for months __1__ to __60__;
    B.   $_____ for months _____ to _____;
    C.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ __3,650.00__    TOTAL PAID $3,650.00
            Balance Due $ __0.00__ payable $ __0.00__ /month (Months __ to __)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment $_____/month (Months _____ to _____)
                                Regular Payment $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | % | $ | __ To __ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. _____    Total Due $_____
                      Payable   b
_____/month (Months____ to ___) Regular Payment $____
2. _____    Total Due $_____
                      Payable  $_____/month (Months____ to ___) Regular Payment $____

Unsecured Creditors: Pay $ __103.64__ /month (Months __1__ to __60__), $____/month (Months ____ to ____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor's uncle will continue to pay and live at the property located at: 2401 Collins Ave, #1810, Miami, FL 3140, with mortgage company M&T (xxxx5279) and Bank of America (xxxx2927) and will be paid outside of the bankruptcy and direct. Debtor surrenders his interest of the subject property.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Lazaro G. Lopez _____    _____
Debtor    Joint Debtor
Date: __10/1/2014__    Date: _____

LF-31 (rev. 06/02/08)